432

**No. 61201.**—Richter Bros., Inc. *v.* United States, protests 205219–K, etc. (New York).

Opinion by ·WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.

**No. 61202.**—Bien Trading Co., Inc., et al. *v.* United States, protests 235751–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1957

**No. 61203.**—Ebeling & Reuss Company *v.* United States, protests 194510–K and 204010–K (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon·in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.